UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                            18 CR 871 (PKC)

       -against-                                      ORDER

SAEED MALIK THOMAS NORRIS,

                            Defendant.
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Sentencing is adjourned from February 20, 2020 to April 14, 2020 at 11:30 a.m.

        SO ORDERED.

                                                  _____
                                                  P. Kevin Castel
                                                 United States District Judge

Dated:  New York, New York
           December 5, 2019