

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 15, 2020

**BY ECF**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Saeed Malik Thomas Norris*, S1 18 Cr. 871 (PKC)

Dear Judge Castel:

      The Government respectfully writes, after conferring with defense counsel and chambers, to request that defendant Saeed Norris's sentencing be adjourned to October 21, 2020 at 11 a.m. in light of the ongoing COVID-19 pandemic and the limitations on in-person proceedings at this time. The Government has conferred with defense counsel and understands that the defendant does not object to this request.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney

      By:    /s/
      Elinor L. Tarlow
      Jacob H. Gutwillig
      Mollie Bracewell
      Assistant United States Attorneys
      (212) 637-1036/2215/2218

CC:    Bruce Kaye, Esq. (by ECF)
           Thomas Eddy, Esq.

Application GRANTED. Sentencing is adjourned to October 21, 2020 at 11:00am.

SO ORDERED.
July 16, 2020

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge