

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA

            - against -

SAEED MALIK THOMAS NORRIS,

            Defendant

------------------------------------------------------x

18 CR 871 (PKC)

ORDER

    It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by MCC Consulting, INC. d/b/a The New York Mental Health Group, in the amount of $4,500, for professional services rendered in connection with the above captioned case.


    SO ORDERED,

Dated: New York, New York
     September | , 2020

                                       Honorable P. Kevin Castel
                                       Senior U.S. District Judge