UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                     18-cr-871 (PKC)

       -against-                                      ORDER

SAEED MALIK THOMAS NORRIS,

                 Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       Due to the recent rise in Covid-19 cases in the metropolitan area, it is advisable to defer in-court proceedings whenever possible. Accordingly, the sentencing proceeding is adjourned from November 18, 2020 to January 26, 2021 at 12:00 p.m.

       SO ORDERED.

                                                 P. Kevin Castel
                                             United States District Judge

Dated: New York, New York
        November 13, 2020