# BRUCE K. KAYE
## ATTORNEY-AT-LAW

11 Park Place
Suite 1801
New York, New York 10007
Tel. (212) 385-8000
Fax. (212) 385-7845
bruce@baraschmcgarry.com

Application GRANTED.
SO ORDERED.
11/24/2020

*P. Kevin Castel*
United States District Judge

*Via ECF*

November 23, 2020

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
US Courthouse
500 Pearl Street
New York, N.Y. 10007

                *Re: United States v. Saeed Malik Norris*
                *18-Cr-871 (PKC)*

Dear Judge Castel,

    I am CJA counsel to Mr. Norris and write for the purpose of requesting authorization to submit an interim voucher in this case.

    The disruption to Court operations caused by the Covid-19 pandemic has required that Mr. Norris's sentencing be adjourned several times. He is presently scheduled to be sentenced on January 26, 2021. The delay has worked a financial hardship on counsel and associate counsel who have provided professional services to our client over the past two years.

Thank you in advance for your kind consideration of my request.

Respectfully submitted,

Bruce Kaye

cc.: AUSA Jacob Gutwillig via ECF