UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                              18-cr-871 (PKC)

        -against-                                             ORDER

SAEED MALIK THOMAS NORRIS,

                 Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Sentencing scheduled for January 26, 2021 is adjourned to April 28, 2021 at 12:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                              P. Kevin Castel
                                                    United States District Judge

Dated:  New York, New York
           January 14, 2021