UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                      18-cr-871 (PKC)

           -against-                                     ORDER

SAEED MALIK THOMAS NORRIS,

                     Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

        Sentencing scheduled for April 28, 2021 is adjourned to May 11, 2021 at 12:00 p.m. in Courtroom 11D.

        SO ORDERED.

                                                      *P. Kevin Castel*
                                                    United States District Judge

Dated: New York, New York
           April 23, 2021